UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO LUIS B.V.,<br>Petitioner,<br>v.<br>WARDEN, MESA VERDE DETENTION CENTER,<br>Respondent. | No. 1:26-cv-03806-TLN-SCR<br>A# 221-415-302<br>**ORDER** |

Petitioner is a federal immigration detainee who filed this habeas corpus action pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2026, the magistrate judge filed findings and recommendations that the Petition for Writ of Habeas Corpus (ECF No. 1) be granted, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (ECF No. 22.) Neither party filed objections to the findings and recommendations. The magistrate judge issued additional findings and recommendations on October 14, 2026, recommending that Respondent's motion to dissolve this Court's "no-transfer" order be granted, but Respondent's motion to dismiss be denied. (ECF No. 24.) Neither party filed objections to those findings and recommendations either.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations (ECF Nos. 22, 24) are ADOPTED in full.
2. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.
3. Respondent is ordered to provide Petitioner with a bond hearing before an immigration judge pursuant to 8 C.F.R. § 1003.19(e) within **fourteen (14) days of this Order**, and **with at least seven (7) days of advance notice** to Petitioner and Petitioner's counsel. At the hearing, Petitioner's Form I-918A application must be considered. Respondent shall file a notice certifying compliance with this provision **within three (3) court days** from the date of the bond hearing. If Petitioner is granted release on bond, Respondents shall return all of Petitioner's documents and possessions at the time of release.
4. Respondent's motions to dismiss (ECF Nos. 6, 23) are DENIED.
5. Petitioner's motion to expedite decision (ECF No. 17) is DENIED as moot.
6. Respondent's motion to lift the no-transfer order is GRANTED.

IT IS SO ORDERED.

**DATED: October 22, 2026**

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE